**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Thomas Reginald Hightower  Jr.
Attorney at Law
P. O. Drawer 51288
Lafayette LA 70505

Patrick Wade Kee
Attorney at Law
P. O. Drawer 51288
Lafayette LA 70505

John Andrew Durrett
Attorney at Law
P. O. Drawer 51288
Lafayette LA 70505


**REHEARING ACTION: December 28, 2007**


**Docket Number: 07   00616-CA**

**RAYEANNE OWENS AND RENE OWENS**
**VERSUS**
**ENTERGY CORPORATION, ET AL.**

**Appealed from Lafayette Parish Case No. 2004-3076**


**BEFORE JUDGES:**

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Sylvia R. Cooks**
   **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Shelter Mutual Insurance Company and Cathy Lyles, as**

**Owner of and as Pertains to 110 Brownlee Avenue** has this day been

   **DENIED.**


cc: John William Penny  Jr., Counsel for the Appellee
   Joseph R. Ballard, Counsel for the Appellee
   John Allen Braymer, Counsel for the Appellee
   Donald Dale Landry, Counsel for the Appellee
   George Joseph Armbruster, III, Counsel for the Appellant
   Diogenis C. Panagiotis, Counsel for the Appellant
   Kenneth William Jacques, Counsel for the Appellant
   Paul Holliday Fleming Baker, Counsel for the Appellee